U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
2011 JUL 25 PM 7:33
CLERK, U.S. BANKRUPTCY
BY ____________ DEPUTY

United States Bankruptcy Court
for the Eastern District of TX

In re POMARO MARK J

Case No. 09-43513

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

**Nationstar Mortgage**
Name of Transferee

Name and Address where notices to transferee should be sent: Nationstar Mortgage
350 Highland Drive
Lewisville, TX 75067

Phone: 1-800-766-7751
Last Four Digits of Acct #: 0130

**Principal Bank**
Name of Transferor

Court Claim # (if known):
Amount of Claim: $181,213.75
Date Claim Filed: 11/12/2009

Phone: 1-800-672-3343
Last Four Digits of Acct #: 4099

Name and Address where transferee payments should be sent (if different from above):

Phone: ______________________________

Last Four Digits of Acct #:________________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________________
Transferee/Transferee's Agent
Matt West

Date: 7/21/11

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.